# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| VICTOR ISIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2914-DV |
| | ) JURY DEMANDED |
| CRACKER BARREL OLD COUNTRY STORE, INC. A TENNESSEE CORPORATION, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO OBJECT OR OTHERWISE RESPOND TO DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, the Parties Joint Motion for Extension of Time Within Which to Object or Otherwise Respond to each others discovery is granted. Plaintiff has up to and including Wednesday, May 25, 2005 within which to file objections and/or answers to Defendant's Interrogatories and Request for Production of Documents. Defendant has up to and including Wednesday, May 25, 2005 within which to object or otherwise respond to Plaintiff's Interrogatories or Request for Production of Documents.

SO ORDERED this 2nd day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
DIANE K. VESCOVO

M AXD 875090 v1
2789827-000013 04/22/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02914 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Angie Davis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert M. Williams
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT